UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAMES THORNE,

Plaintiff,

v.

C. H. ROBINSON WORLDWIDE, INC.,

Defendant.

NO: 2:15-CV-0149-TOR

ORDER OF DISMISSAL

BEFORE THE COURT is Plaintiff's Notice of Voluntary Dismissal (ECF No. 6). Plaintiff filed a notice of voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) on November 6, 2015. Because Defendant has neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case. Fed. R. Civ. P. 41(a)(1)(A)(i).

///

///

Accordingly, **IT IS HEREBY ORDERED:**

All claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** November 6, 2015.




THOMAS O. RICE
United States District Judge